**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **VLADIMIR BOGDANOV #A249-116-575** | **CASE NO. 1:24-CV-00673 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **ROBERT M AINLEY ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 4), and after a de novo review of the record, including Plaintiff's Objection (ECF No. 5), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 1st day of August 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**